386

Before the Third Division, January 30, 1943

No. 47974.—Protest 71898- K of Duttons, Inc. (New York).

Opinion by Cline, J. The record shows that the paintings or drawings in question were created for, and intended to be used as, illustrations for a poem entitled "Scotland." Following *American Colortype Co.* v. *United States* (2 Cust. Ct. 132, C. D. 107) and *Tice & Lynch, Inc.* v. *United States* (4 id. 84, C. D. 292) the protest was overruled.

No. 47975.—Protest 835131–G of Sterling Bag Co. (New York).

Opinion by Cline, J. From the record it does not appear that the jute cloth was marked in such manner as to indicate the country of origin but the bales were marked with the word "Italia." The importer was required to mark them "Made in Italy" before they were released. In view of Abstracts 43272 and 43898 the court found that the marking "Italia" was sufficient and that the bales therefore were legally marked. Following *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the merchandise was held not subject to the additional duty.

No. 47976.—Protest 980111–G of Rev. L. G. Ligutti (Pembina).

Opinion by Cline, J. The record showed that after several continuances counsel for the defendant objected to a further continuance and the case was ordered submitted by the judge presiding on circuit. From a careful examination of the record nothing was found to establish the plaintiff's claim. The protest was therefore overruled.

No. 47977.—Protests 69685–K/12446, etc., of Standard Oil Co. of Louisiana (New Orleans).

Opinion by Keefe, J. In accordance with stipulation of counsel that the refinery gases in question are similar in all material respects to those the subject of *Standard Oil Co. of Louisiana* v. *United States* (6 Cust. Ct. 237, C. D. 471) the protests were sustained

Before the Second Division, February 1, 1943

No. 47978.—Protest 1189–K of Horace E. Gould & Sons, Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel that the hats in question are similar in all material respects to those involved in Abstract 46497 the claim under paragraph 1504 (b) (1) was sustained.